# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158305-6(115)(120)(121)(122)(123)(125)(129)
158307-8

*In re* RELIABILITY PLANS OF ELECTRIC
UTILITIES FOR 2017-2021.
_____

ASSOCIATION OF BUSINESSES
ADVOCATING TARIFF EQUITY,
      Appellee,

v

CONSUMERS ENERGY COMPANY,
      Appellant,
and

MICHIGAN PUBLIC SERVICE
COMMISSION, ENERGY MICHIGAN, INC.,
and MICHIGAN ELECTRIC AND GAS
ASSOCIATION,
      Appellees.
_____

SC: 158305
COA: 340600
MPSC: 00-018197

ENERGY MICHIGAN, INC.,
      Appellee,

v

CONSUMERS ENERGY COMPANY,
      Appellant,
and

MICHIGAN PUBLIC SERVICE
COMMISSION and MICHIGAN ELECTRIC
AND GAS ASSOCIATION,
      Appellees.
_____

SC: 158306
COA: 340607
MPSC: 00-018197

ASSOCIATION OF BUSINESSES
ADVOCATING TARIFF EQUITY,
       Appellee,

v

MICHIGAN PUBLIC SERVICE
COMMISSION,
       Appellant,
and

CONSUMERS ENERGY COMPANY,
ENERGY MICHIGAN, INC., and
MICHIGAN ELECTRIC AND GAS
ASSOCIATION,
       Appellees.
_____

SC: 158307
COA: 340600
MPSC: 00-018197

ENERGY MICHIGAN, INC.,
       Appellee,

v

MICHIGAN PUBLIC SERVICE
COMMISSION,
       Appellant,
and

CONSUMERS ENERGY COMPANY and
MICHIGAN ELECTRIC AND GAS
ASSOCIATION,
       Appellees.
_____/

SC: 158308
COA: 340607
MPSC: 00-018197

On order of the Chief Justice, the separate motions to file briefs amicus curiae are GRANTED, and the amicus briefs submitted by the following entities are accepted for filing:

1) Charles River Laboratories, brief submitted on September 5, 2019.
2) Electricity Consumers Resource Council, brief submitted on September 6, 2019.
3) Foundry Association of Michigan, brief submitted on September 6, 2019.

4)  Michigan Schools Energy Cooperative, brief submitted on September 6, 2019.
5)  Michigan Chemistry Council and Grand Rapids Area Chamber of Commerce, brief submitted on September 6, 2019.
6)  United States Steel Corporation, brief submitted on September 9, 2019.
7)  Midcontinent Independent System Operator, Inc., brief submitted on September 10, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2019



Clerk